**Electronically Filed
Supreme Court
SCPW-14-0001087
29-SEP-2014
09:55 AM**

SCPW-14-0001087

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ROBERT QUARTERO, Petitioner,

vs.

BERT I. AYABE, Judge of the Circuit Court
of the First Circuit, State of Hawai'i, Respondent Judge,

and

WAIANAE COMMUNITY DEVELOPMENT PROJECT ASSOCIATION,
by its Board of Directors; KEHAULANI QUARTERO; BANK OF HAWAII;
and CITY AND COUNTY OF HONOLULU, Respondents.

---

ORIGINAL PROCEEDING
(CAAP-12-0000497; CAAP-13-0002711; CIV. NO. 11-1-2612-10)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Nakayama, acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Chan, in place of Recktenwald, C.J., recused)

Upon consideration of Petitioner Robert Quartero's document entitled "Petitioner's Battery of Nine Petitions for a Peremptory Writ of Mandamus; Motion to Expedite for Emergency Treatment & Emergency Extension to Submit a Reply Brief," which was filed on August 27, 2014, and which we review as a petition for a writ of mandamus, the supplemental exhibits submitted in support thereof, and the record, it appears that Petitioner fails

to demonstrate that he has a clear and indisputable right to the requested relief or that he lacks alternative means to seek relief.  Petitioner, therefore, is not entitled to the requested writ of mandamus.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the appellate clerk shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, September 29, 2014.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Derrick H.M. Chan



2